[This opinion has been published in *Ohio Official Reports* at 176 Ohio St.3d 10.]

THE STATE OF OHIO, APPELLEE, *v.* MCDONALD, APPELLANT.

[Cite as *State v. McDonald*, 2024-Ohio-527.]

*Appeal dismissed as having been improvidently accepted.*

(No. 2023-0954—Submitted February 6, 2024—Decided February 14, 2024.)

APPEAL from the Court of Appeals for Hamilton County,

No. C-220328, 2023-Ohio-1987.

————————————

{¶ 1} This cause is dismissed as having been improvidently accepted.

KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, and BRUNNER, JJ, concur.

STEWART, J., dissents and would order briefing on proposition of law No. II.

DETERS, J., not participating.

————————————

Melissa A. Powers, Hamilton County Prosecuting Attorney, and Paula Adams, Assistant Prosecuting Attorney, for appellee.

Raymond T. Faller, Hamilton County Public Defender, and Sarah E. Nelson, Assistant Public Defender, for appellant, Robert McDonald.

————————————